# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Lois Bloom__　　　　　　　　DATE: __9/10/19__

DOCKET NUMBER: __19CR408(SJ)__　　　　　　LOG #: __4:15 – 4:29__

DEFENDANT'S NAME: __Tomer Dafna__
　　✓ Present　　___ Not Present　　✓ Custody　　___ Bail

DEFENSE COUNSEL: __Paula Notari__
　　___ Federal Defender　　✓ CJA　　___ Retained

A.U.S.A: __Shannon Jones__　　　　　CLERK: __Felix Chin__

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held. ___ Defendant's first appearance.

　　___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
　　___ Defendant advised of bond conditions set by the Court and signed the bond.
　　___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
　　___ (Additional) surety/ies to co-sign bond by _____
　　___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start __9/10/19__ Stop __10/2/19__

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for __10/2/19__ @ __11:00__ before Judge __Johnson__

Other Rulings: _____