# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE **Lois Bloom**                           DATE: **9/13/19**

DOCKET NUMBER:  **19CR408(SJ)**                    LOG #: **11:41 – 12:28**

DEFENDANT'S NAME: **Tomer Dafna**
   ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL: **Joseph Conway**
   ___ Federal Defender    ___ CJA    ✓ Retained

A.U.S.A: **Shannon Jones**                CLERK: **Felix Chin**

INTERPRETER: _____ (Language)

___ Defendant arraigned on the: ___ indictment  ___ superseding indictment  ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

✓ DETENTION HEARING Held.    ___ Defendant's first appearance.

   ✓ Bond set at **1.25 million**. Defendant ___ released ✓ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   **4** Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   **3** (Additional) surety/ies to co-sign bond by **release**
   ___ After hearing, Court orders detention in custody.    ___ Leave to reopen granted
   ___ Temporary Order of Detention Issued. Bail Hearing set for **9/17/19 @ 11:00 AM**

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop_____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: Defense counsel presented a bail package with 3 sureties; gov't opposed; court sets bond @ $1.25 million and requires 3 additional sureties + 3 properties to be posted before release. Order of detention remains in effect