

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

SCJ
F. #2017R01691

*271 Cadman Plaza East
Brooklyn, New York 11201*

January 3, 2020

By Fed-Ex

Alan Futerfas
The Law Offices of Alan S. Futerfas
565 Fifth Ave., 7th Floor
New York, NY 10017

      Re:   United States v. Tomer Dafna
            Criminal Docket No. 19-408 (MKB)

Dear Mr. Futerfas:

      Enclosed is a thumb drive containing a second copy of the documents/data from your client Tomer Dafna's electronic devices previously produced on October 22, 2019. The documents/data has been processed as a Relativity load file, bates-stamped EDNY-TDP-0000001 to EDNY-TDP-0237596_01176.

      Also enclosed is a hard drive with copies of the remaining forensic images of the electronic items seized from Dafna's home.

      Please confer with the AUSA Alicia Washington regarding any assertions of privilege.

      Very truly yours,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/ Shannon C. Jones
      Shannon C. Jones
      Assistant U.S. Attorney
      (718) 254-6379

Encl.

cc:  AUSA Alicia Washington
     Clerk of the Court (MKB) (by ECF) (without enclosures)