Clerk's Office
Filed Date:

6/09/2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

# ALAN S. FUTERFAS

ATTORNEY AT LAW

565 FIFTH AVENUE, 7TH FLOOR

NEW YORK, NEW YORK 10017

(212) 684-8400

ELLEN B. RESNICK
RICHARD F. BRUECKNER

BETTINA SCHEIN
OF COUNSEL

asfuterfas@futerfaslaw.com

June 9, 2021

**Granted, Vera M. Scanlon, USMJ, 6/9/21**

Via Email
The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Aronov, et al.;* 19 Cr. 408 (MKB)

Dear Judge Scanlon:

Undersigned counsel respectfully requests a bail modification to release one property from my client Tomer Dafna's bail bond entered in September 2019 (ECF 50, attached hereto). The suretor, Ran David, has experienced difficult financial circumstances during the pandemic and has a contract to sell his home in Valley Stream, New York, by the end of June 2021. The government consents to this bond modification with the proviso that Mr. Dafna post $100,000 cash in lieu of the property to be released.

All of the signors to the bond agree to remain on the bond, including Ran David. The bond was set at $1.25 million. The bond was already over-collateralized by the investment property of Ely Azulay which was valued at $1.45 million in September 2019. (See 9/13/2019 Transcript, pp. 4-5) We note that Mr. Dafna is even less of a flight risk today than two years ago because of his excellent compliance with the conditions of his release on bond.

Please advise how the Court wishes to proceed. We respectfully request a court appearance, if needed, as soon as possible to avoid jeopardizing the suretor's sale of his home.

Yours,

Ellen Resnick

(Enc.)

cc: AUSA Shannon Jones (by email)