DUPLICATE

Court Name: Eastern District of New York

Division: 1
Receipt Number: 4653157736
Cashier ID: dafrani
Transaction Date: 06/10/2021
Payer Name: 731 PUTNAM AVE INC.
--------------------------------------
TREASURY REGISTRY
 For: TOMER DAFNA
 Case/Party: D-NYE-1-19-CR-000408-003
 Amount:        $100,000.00
--------------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $100,000.00
--------------------------------------
Total Due:       $100,000.00
Total Tendered:  $100,000.00
Change Amt:      $0.00

Filed Date:

6/9/2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW
YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
UNITED STATES OF AMERICA,

           **ORDER**
           **FOR ACCEPTANCE OF CASH BAIL**

       -against-

    Tomer Dafna               Docket No.  19 CR 408 (MKB)

------------------------------------------------X


     Bail having been fixed by Hon.____Lois Bloom_____, in the above entitled

action in the amount of $ ___1.25 million_____ of which sum $__100,000_____

in cash is to be deposited with the Clerk of the Court.

     It is hereby ordered that the Clerk, United States District Court for the Eastern District of

New York accept the said amount of  $ 100,000_____    when tendered on behalf

of the above defendant.

     **SO ORDERED.**

**Dated:**   **Brooklyn, New York**

     ___6/9/2021_____


                         s/Vera M. Scanlon

                   **UNITED STATES MAGISTRATE JUDGE**


**Receipt No.** _____
**Money Deposited By:** _TOMER   DAFNA_____
**address & Telephone** _____


_____

917 8858555